**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 7, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00287-CV**

---

**IN RE MICHAEL ANDREW MILLER, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. CCL8890**

---

## MEMORANDUM OPINION

On April 8, 2019, relator Michael Andrew Miller filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Eric Berg, presiding judge of the County Court at Law of Washington County, Texas to

vacate his March 12, 2019 order denying relator's request for jury trial. Relator's petition also requested this court to stay the bench trial set for April 9, 2019. We did not stay the trial.

On April 16, 2019, the clerk of this court sent a letter to counsel for relator stating, "Please provide this court with a status report as to whether the bench trial has occurred and whether a final judgment has been rendered. Should relator fail to provide such status report by April 24, 2019, this court will assume that a bench trial has occurred and will proceed to dismiss relator's petition for writ of mandamus as moot, without prejudice to relator's right to appeal any final judgment."

Because relator did not provide such status report, we dismiss relator's petition for writ of mandamus as moot, without prejudice to relator's right to appeal any final judgment.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.

2